OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division, dismissing the proceeding, should be affirmed, with costs.
 

 
 *770
 
 While the Appellate Division in reversing Special Term reached the merits of the appeal, we affirm the order of the Appellate Division solely upon the ground that Special Term lacked jurisdiction to grant petitioner the relief requested in view of the absence from the record of any proof of service commencing the article 78 proceeding.
 

 Chief Judge Cooke and Judges Jasen, Jones, Meyer, . Simons and Kaye concur; Judge Wachtler taking no part.
 

 Order affirmed, with costs, in a memorandum.